LE v. HARRIS

No. 207P02

Case below: 149 N.C. App. 489

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 27 June 2002.

McKINNEY v. RICHITELLI

No. 203PA02

Case below: 149 N.C. App. 973

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 allowed 27 June 2002.

MOORE v. BECK

No. 241P02

Case below: Forsyth County Superior Court

133 N.C. App. 192

Petition by petitioner pro se for writ of habeas corpus denied 11 June 2002. Justice Edmunds recused.

OWENBY v. YOUNG

No. 286PA02

Case below: 150 N.C. App. 412

Motion by defendant for temporary stay allowed 12 June 2002 pending determination of defendant's petition for discretionary review.

PIEDMONT TRIAD REG'L WATER AUTH. v. LAMB

No. 312P02

Case below: 150 N.C. App. 594

Motion by plaintiff for temporary stay allowed 24 June 2002 pending determination of plaintiff's petition for discretionary review.